IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:17-CV-329-D

| | |
|---|---|
| ADAN LOPEZ, FRANCISCO MENDEZ, EZEQUIEL ABURTO-HERNANDEZ, ELENA RAFAEL-PERALTA, JOSE PABLO SANDOVAL-MONTALVO, and JOSE JIMENEZ-OLIVAREZ, ALEJANDRO MARTINEZ-MENDEZ, on behalf of themselves and other similarly situated persons, Plaintiffs, v. HAM FARMS, LLC f/k/a HAM FARMS, INC., HAM PRODUCE, LLC f/k/a HAM PRODUCE COMPANY, INC., ISMAEL PACHECO, PACHECO CONTRACTORS, INC., HUGO MARTINEZ, GUTIERREZ HARVESTING, LLC, ROBERTO TORRES-LOPEZ, 5 G HARVESTING, LLC, RODRIGO GUTIERREZ-TAPIA, SR., and CIRILA GARCIA-PINEDA, Defendants. | **ORDER** |

On August 21, 2017, plaintiffs moved for substituted service of process upon the Secretary of Labor with respect to defendants Gutierrez Harvesting, LLC and 5 G Harvesting, LLC [D.E. 22]. On August 29, 2017, counsel entered a notice of appearance for these two defendants [D.E. 24]. On September 28, 2017, these two defendants answered the complaint [D.E. 41]. There appears to be no issue concerning proper service of these two defendants. Thus, plaintiffs' motion [D.E. 22] is DENIED without prejudice.

SO ORDERED. This 26 day of January 2018.

JAMES C. DEVER III
Chief United States District Judge