IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ADAN LOPEZ, FRANCISCO MENDEZ, EZEQUIEL ABURTO-HERNANDEZ, ELENA RAFAEL-PERALTA, JOSÉ PABLO SANDOVAL-MONTALVO, and JOSÉ JIMENEZ-OLIVAREZ, ALEJANDRO MARTINEZ-MENDEZ, on behalf of themselves and other similarly situated persons, <br><br> Plaintiff, <br><br> v. <br><br> HAM FARMS, LLC f/k/a HAM FARMS, INC., HAM PRODUCE, LLC f/k/a HAM PRODUCE COMPANY, INC., ISMAEL PACHECO, PACHECO CONTRACTORS, INC., HUGO MARTINEZ, GUTIERREZ HARVESTING, LLC, ROBERTO TORRES-LOPEZ, 5 G HARVESTING, LLC, RODRIGO GUTIERREZ-TAPIA, SR., and CIRILA GARCIA-PINEDA, <br><br> Defendants. | CLASS ACTION <br><br> Civil Action No.: <br> 5:17-cv-00329-D |

## ENTRY OF DEFAULT BY CLERK PURSUANT TO RULE 55(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Counsel for Plaintiffs has requested that an entry of default be made by the Clerk against Defendant Pacheco Contractors, Inc. pursuant to Rule 55(a), Fed. R. Civ. P. Upon consideration of the Sworn Declaration for Entry of Default and the court records, an entry of default against Defendant Pacheco Contractors, Inc. is made this the 9 day of July, 2018.

_____
Peter A. Moore, Jr.
Clerk of Court