IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ADAN LOPEZ, FRANCISCO MENDEZ, EZEQUIEL ABURTO-HERNANDEZ, ELENA RAFAEL-PERALTA, JOSÉ PABLO SANDOVAL-MONTALVO, JOSÉ JIMENEZ-OLIVAREZ, ALEJANDRO MARTINEZ-MENDEZ, FRANCISCO PALACIOS-HERNANDEZ, HUMBERTO DE LA LUZ ARMENTA, and ISAIAS ESPINOSA-VAZQUEZ, on behalf of themselves and other similarly situated persons, | ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | COLLECTIVE ACTION |
| v. | ) ) ) | CLASS ACTION |
| HAM FARMS, LLC f/k/a HAM FARMS, INC., HAM PRODUCE, LLC f/k/a HAM PRODUCE COMPANY, INC., ISMAEL PACHECO, PACHECO CONTRACTORS, INC., HUGO MARTINEZ, GUTIERREZ HARVESTING, LLC, ROBERTO TORRES-LOPEZ, 5 G HARVESTING, LLC, RODRIGO GUTIERREZ-TAPIA, SR., CIRILA GARCIA-PINEDA, BLADIMIR MORENO, and LOS VILLATOROS HARVESTING, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 5:17-CV-00329-D |
| Defendants. | ) ) | |

ENTRY OF DEFAULT BY CLERK PURSUANT TO RULE 55(a)
OF THE FEDERAL RULES OF CIVIL PROCEDURE

Counsel for Plaintiffs has requested that an entry of default be made by the Clerk against

Defendant Los Villatoros Harvesting, LLC pursuant to Rule 55(a), Fed. R. Civ. P. Upon consideration

of the Sworn Declaration for Entry of Default and the court records, an entry of default against

Defendant Los Villatoros Harvesting, LLC is made this the _30_ day of July, 2018.

_____

Peter A. Moore, Jr.
Clerk of Court