IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ADAN LOPEZ, FRANCISCO MENDEZ, EZEQUIEL ABURTO-HERNANDEZ, ELENA RAFAEL-PERALTA, JOSÉ PABLO SANDOVAL-MONTALVO, JOSÉ JIMENEZ-OLIVAREZ, ALEJANDRO MARTINEZ-MENDEZ, FRANCISCO PALACIOS-HERNANDEZ, HUMBERTO DE LA LUZ ARMENTA, and ISAIAS ESPINOSA-VAZQUEZ, on behalf of themselves and other similarly situated persons, | COLLECTIVE ACTION CLASS ACTION |
| *Plaintiffs*, | Civil Action No.: 5:17-CV-329-D |
| v. | |
| HAM FARMS, LLC f/k/a HAM FARMS, INC., HAM PRODUCE, LLC f/k/a HAM PRODUCE COMPANY, INC., ISMAEL PACHECO, PACHECO CONTRACTORS, INC., HUGO MARTINEZ, GUTIERREZ HARVESTING, LLC, ROBERT TORRES-LOPEZ, 5 G HARVESTING, LLC, RODRIGO GUTIERREZ-TAPIA, SR., CIRILA GARCIA-PINEDA, BLADIMIR MORENO, and LOS VILLATOROS HARVESTING, LLC, | |
| *Defendants*. | |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES PENDING SETTLEMENT APPROVAL

For good cause shown in the Joint Motion filed by Plaintiffs and Defendant Hugo Martinez ("Defendant Martinez"), it is hereby ORDERED that all deadlines in this action are STAYED as between Plaintiffs and Defendant Martinez (including but not limited to Defendant Martinez's deadline to file an answer to Plaintiffs' Amended Complaint) pending the Court's ruling on the parties' Joint Motion for Final Approval of the Settlement Agreement among the Parties.

SO ORDERED. This the **25** of January, 2019.

                                             JAMES C. DEVER III
                                             United States District Judge