IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-cv-329-D

ADAN LOPEZ, FRANCISCO MENDEZ,
EZEQUIEL ABURTO-HERNANDEZ,
ELENA RAFAWL-PERALTA, JOSE
PABLO SANDOLVAL-MONTALVO,
and JOSE JIMENEZ-OLIVAREZ,
ALEJADRO MARTINEZ-MENDEZ,
on behalf of themselves and other similarly
situated persons,
        PLAINTIFFS,

v.

HAM FARMS, LLC f/k/a HAM FARMS,
INC., HAM PRODUCE, LLC f/k/a HAM
PRODUCECOMPANY, INC., ISMAEL
PACHECO, PACHECO CONTRACTORS,
INC., HUGO MARTINEZ, GUTIERREZ
HARVESTINGS, LLC, ROBERT TORRES-
LOPEZ, 5 G HARVESTING, LLC,
RODRIGO GUTIERREZ-TAPIA, SR., and
CIRILA GARCIA-PINEDA,
        DEFENDANTS.

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES PENDING SETTLEMENT APPROVAL

FOR GOOD CAUSE SHOWN in the Joint Motion filed by Plaintiffs and Defendants Gutierrez Harvesting, LLC, 5 G Harvesting, LLC and Rodrigo Gutierrez-Tapia, Sr. (the "Gutierrez Defendants"), it is hereby ORDERED that all deadlines in this action are STAYED as between Plaintiffs and the Gutierrez Defendants (including but not limited to the Gutierrez Defendants' deadline to file an answer to Plaintiffs' Amended Complaint) pending the Court's ruling on the Parties Joint Motion for Final Approval of the Settlement Agreement Among the Parties.

SO ORDERED. This the 2 day of April 2019.

                                                                          JAMES C. DEVER III
                                                                         United States District Judge