IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-329-D

| | | |
|---|---|---|
| ADAN LOPEZ, et al., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| HAM FARM, LLC, f/k/a Ham Farms, Inc., et al., | ) ) ) ) | |
| Defendants. | ) ) | |

On March 12, 2020, plaintiffs moved for a court-hosted status conference [D.E. 105]. The motion [D.E. 105] is GRANTED. The court refers this case to United States Magistrate Judge Numbers for a status conference. Judge Numbers will notify the parties how he wishes to proceed concerning the status conference, and the date on which it will be held.

SO ORDERED. This 13 day of March 2020.

JAMES C. DEVER III
United States District Judge