IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ADAN LOPEZ, FRANCISCO MENDEZ, EZEQUIEL ABURTO-HERNANDEZ, ELENA RAFAEL-PERALTA, JOSÉ PABLO SANDOVAL-MONTALVO, JOSÉ JIMENEZ-OLIVAREZ, ALEJANDRO MARTINEZ-MENDEZ, FRANCISCO PALACIOS-HERNANDEZ, HUMBERTO DE LA LUZ ARMENTA, and ISAIAS ESPINOSA-VAZQUEZ, on behalf of themselves and other similarly situated persons, <br><br> Plaintiff, <br><br> v. <br><br> HAM FARMS, LLC f/k/a HAM FARMS, INC., HAM PRODUCE, LLC f/k/a HAM PRODUCE COMPANY, INC., ISMAEL PACHECO, PACHECO CONTRACTORS, INC., HUGO MARTINEZ, GUTIERREZ HARVESTING, LLC, ROBERTO TORRES-LOPEZ, 5 G HARVESTING, LLC, RODRIGO GUTIERREZ-TAPIA, SR., CIRILA GARCIA-PINEDA, BLADIMIR MORENO, and LOS VILLATOROS HARVESTING, LLC, <br><br> Defendants. | COLLECTIVE ACTION § 216(b) <br><br> CLASS ACTION <br><br> Civil Action No.: 5:17-CV-00329-D |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT, CLASS AND COLLECTIVE ACTION CERTIFICATION FOR SETTLEMENT PURPOSES, APPOINTMENT OF PLAINTIFFS' COUNSEL AS CLASS COUNSEL, APPROVAL OF SETTLEMENT ADMINISTRATOR, AND APPROVAL OF PLAINTIFFS' NOTICE OF SETTLEMENT AND METHOD FOR DISTRIBUTING NOTICE

Pursuant to Federal Rule of Civil Procedure 23 and 29 U.S.C. § 216(b), and based on the accompanying memoranda of law, Plaintiffs respectfully move this Court, consistent with the Parties' Settlement Agreement, to (1) grant preliminary approval of the proposed class and collective action settlement; (2) certify the classes and collective actions for settlement purposes; (3) appoint Plaintiffs' Counsel as Class Counsel; (4)

2756940 v1

approve the appointment of Simpluris, Inc. as settlement administrator; and (5) approve the proposed Notice of the settlement and the method for distribution of the Notice. A proposed Order is submitted herewith.

Counsel for Plaintiffs have conferred with counsel for Defendants and, consistent with the agreement in the Parties' Settlement Agreement, Defendants do not oppose the instant Motion.

Because the Parties have agreed that the distribution of notice shall include in-person notice at labor camps in North Carolina where class members may be located during the month of October, Plaintiffs respectfully request that, to the extent possible, preliminary approval of the settlement and class certification for settlement purposes be granted in time for this in-person notice to be effectuated.

Dated: September 18, 2020.

              Respectfully submitted,

              /s/*Martha A Geer*
              Martha A. Geer
              N.C. Bar No. 13972
              martha@whitfieldbryson.com
              WHITFIELD BRYSON, LLP
              P.O. Box 12638
              Raleigh, NC 27605
              Telephone: 919-600-5000
              Facsimile: 919-600-5035

              Joseph M. Sellers
              jsellers@cohenmilstein.com
              D. Michael Hancock
              mhancock@cohenmilstein.com
              Brian Corman
              bcorman@cohenmilstein.com

COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699


Robert J. Willis
N.C. Bar No. 10730
LAW OFFICE OF ROBERT J. WILLIS, P.A.
P.O. Box 1828
Pittsboro, NC  27312
Tel.: (919)821-9031
Fax: (919)821-1763
rwillis@rjwillis-law.com


*Counsel for all Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel in this case.

Dated: September 18, 2020.　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Brian Corman*
　　　　　　　　　　　　　　　　　　　　Brian Corman