IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ADAN LOPEZ, FRANCISCO MENDEZ, EZEQUIEL ABURTO-HERNANDEZ, ELENA RAFAEL-PERALTA, JOSÉ PABLO SANDOVAL-MONTALVO, JOSÉ JIMENEZ-OLIVAREZ, ALEJANDRO MARTINEZ-MENDEZ, FRANCISCO PALACIOS-HERNANDEZ, HUMBERTO DE LA LUZ ARMENTA, and ISAIAS ESPINOSA-VAZQUEZ, on behalf of themselves and other similarly situated persons, | ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | COLLECTIVE ACTION § 216(b) |
| v. | ) ) | CLASS ACTION |
| HAM FARMS, LLC f/k/a HAM FARMS, INC., HAM PRODUCE, LLC f/k/a HAM PRODUCE COMPANY, INC., ISMAEL PACHECO, PACHECO CONTRACTORS, INC., HUGO MARTINEZ, GUTIERREZ HARVESTING, LLC, ROBERTO TORRES-LOPEZ, 5 G HARVESTING, LLC, RODRIGO GUTIERREZ-TAPIA, SR., CIRILA GARCIA-PINEDA, BLADIMIR MORENO, and LOS VILLATOROS HARVESTING, LLC, | ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 5:17-CV-00329-D |
| Defendants. | ) ) | |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF THE CLASS AND COLLECTIVE ACTION SETTLEMENT AND MUTUAL RELEASE

Pursuant to Federal Rule of Civil Procedure 23 and 29 U.S.C. § 216(b), and based on the accompanying Memorandum of Law, Plaintiffs respectfully move this Court, consistent with the Parties' Settlement Agreement, to grant final approval of the class and collective action settlement and mutual release. A proposed Order is submitted herewith.

Counsel for Plaintiffs have conferred with counsel for Defendants and, consistent with the agreement in the Parties' Settlement Agreement, Defendants do no oppose the instant Motion.

Dated: May 6, 2021

Respectfully submitted,

/s/*Martha A Geer*
Martha A. Geer
N.C. Bar No. 13972
martha@whitfieldbryson.com
WHITFIELD BRYSON, LLP
P.O. Box 12638
Raleigh, NC 27605
Telephone: 919-600-5000
Facsimile: 919-600-5035

Joseph M. Sellers
jsellers@cohenmilstein.com
D. Michael Hancock
mhancock@cohenmilstein.com
Brian Corman
bcorman@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699

Robert J. Willis
N.C. Bar No. 10730
LAW OFFICE OF ROBERT J. WILLIS, P.A.
P.O. Box 1828
Pittsboro, NC  27312
Tel.: (919)821-9031
Fax: (919)821-1763
rwillis@rjwillis-law.com

*Counsel for all Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel in this case.

Dated: May 6, 2021                    Respectfully submitted,

                                      */s/ Brian Corman*
                                      Brian Corman