IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ADAN LOPEZ, FRANCISCO MENDEZ, EZEQUIEL ABURTO-HERNANDEZ, ELENA RAFAEL-PERALTA, JOSÉ PABLO SANDOVAL-MONTALVO, JOSÉ JIMENEZ-OLIVAREZ, ALEJANDRO MARTINEZ-MENDEZ, FRANCISCO PALACIOS-HERNANDEZ, HUMBERTO DE LA LUZ ARMENTA, and ISAIAS ESPINOSA-VAZQUEZ, on behalf of themselves and other similarly situated persons,<br><br>               Plaintiff,<br><br>v.<br><br>HAM FARMS, LLC f/k/a HAM FARMS, INC., HAM PRODUCE, LLC f/k/a HAM PRODUCE COMPANY, INC., ISMAEL PACHECO, PACHECO CONTRACTORS, INC., HUGO MARTINEZ, GUTIERREZ HARVESTING, LLC, ROBERTO TORRES-LOPEZ, 5 G HARVESTING, LLC, RODRIGO GUTIERREZ-TAPIA, SR., CIRILA GARCIA-PINEDA, BLADIMIR MORENO, and LOS VILLATOROS HARVESTING, LLC,<br><br>               Defendants. | COLLECTIVE ACTION<br>§ 216(b)<br>CLASS ACTION<br><br>Civil Action No.:<br>5:17-CV-00329-D |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED
## MOTION FOR LEAVE TO APPEAR TELEPHONICALLY

Upon consideration of Plaintiffs' Unopposed Motion for Leave to Appear Telephonically, the Court, having considered the Motion, finds as follows:

**IT IS HEREBY ORDERED** that the Motion for Leave to Appear Telephonically is **GRANTED**. Plaintiffs' counsel Brian Corman and D. Michael Hancock shall have leave of Court to appear telephonically at the Final Fairness Hearing to be held on May 14, 2021 at 1:00 PM in Courtroom 1.

Plaintiffs' counsel Brian Corman and D. Michael Hancock shall call the Court's teleconference line at (888) 684-8852 five minutes before the Final Fairness Hearing is to begin.

SO ORDERED.

This the __11__ day of May 2021.

_____
THE HONORABLE JAMES C. DEVER III
U.S. District Court Judge