IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ADAN LOPEZ, FRANCISCO MENDEZ, EZEQUIEL ABURTO-HERNANDEZ, ELENA RAFAEL-PERALTA, JOSÉ PABLO SANDOVAL-MONTALVO, JOSÉ JIMENEZ-OLIVAREZ, ALEJANDRO MARTINEZ-MENDEZ, FRANCISCO PALACIOS-HERNANDEZ, HUMBERTO DE LA LUZ ARMENTA, and ISAIAS ESPINOSA-VAZQUEZ, on behalf of themselves and other similarly situated persons, <br><br> Plaintiff, <br><br> v. <br><br> HAM FARMS, LLC f/k/a HAM FARMS, INC., HAM PRODUCE, LLC f/k/a HAM PRODUCE COMPANY, INC., ISMAEL PACHECO, PACHECO CONTRACTORS, INC., HUGO MARTINEZ, GUTIERREZ HARVESTING, LLC, ROBERTO TORRES-LOPEZ, 5 G HARVESTING, LLC, RODRIGO GUTIERREZ-TAPIA, SR., CIRILA GARCIA-PINEDA, BLADIMIR MORENO, and LOS VILLATOROS HARVESTING, LLC, <br><br> Defendants. | COLLECTIVE ACTION <br> § 216(b) <br> CLASS ACTION <br><br> Civil Action No.: <br> 5:17-CV-00329-D |

**JOINT MOTION FOR APPROVAL OF
SETTLEMENT AGREEMENT ON FEES AND COSTS
AND CY PRES RECIPIENT**

Pursuant to Federal Rule of Civil Procedure 23 and 29 U.S.C. § 216(b), and based on the accompanying Memorandum in Support of this Motion, the Parties respectfully move this Court, consistent with the Parties' Settlement Agreement and Mutual Release, ECF No. 122-1, and the Parties' Settlement Agreement on Attorneys' Fees and Costs, filed concurrently with this Motion, to grant final approval of the payment of fees and costs to undersigned Plaintiff Class Counsel, and of approval of the *cy pres* recipient of unclaimed settlement funds.

A proposed Order is submitted herewith.

Dated: February 8, 2022

Respectfully submitted,

*/s/ R. Daniel Boyce*
R. Daniel Boyce
N.C. State Bar No. 12329
NEXSEN PRUET, PLLC
4141 Parklake Avenue, Suite 200
Raleigh, North Carolina 27612
Telephone: (919) 653-7825
Facsimile: (919) 833-7536
dboyce@nexsenpruet.com

*Counsel to Gutierrez Defendants*

*/s/ T. Cullen Stafford*
T. Cullen Stafford
WYRICK ROBBINS YATES & PONTON LLP
4101 Lake Boone Trail, Suite 300
Raleigh, NC 27607
Telephone: (919) 781-4000
Facsimile: (919) 781-4865
Email: kstill@wyrick.com
Email: cstafford@wyrick.com

*Counsel for Defendants*
*Ham Farms, LLC and Ham Produce, LLC*

/s/*Martha A Geer*
Martha A. Geer
N.C. Bar No. 13972
mgeer@milberg.com
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
P.O. Box 12638
Raleigh, NC 27605
Telephone: 919-600-5000
Facsimile: 919-600-5035

Joseph M. Sellers
jsellers@cohenmilstein.com
D. Michael Hancock
mhancock@cohenmilstein.com
Brian Corman
bcorman@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699

Robert J. Willis
N.C. Bar No. 10730
LAW OFFICE OF ROBERT J. WILLIS, P.A.
P.O. Box 1828
Pittsboro, NC 27312
Tel.: (919)821-9031
Fax: (919)821-1763
rwillis@rjwillis-law.com

*Counsel for all Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel in this case.

Dated: February 8, 2022               Respectfully submitted,

                                      */s/ Brian Corman*
                                      Brian Corman